In re BEPCO, L.P.; BOPCO, L.P.; Hil-corp Energy Company; Hilcorp Energy I, L.P.; Stone Energy Corporation; Stone Energy Offshore, L.L.C.; The Bass Partnership; — Plaintiff(s); Applying For Writ of Certiorari and/or Review, Parish of Plaquemines, 25th Judicial District Court Div. A, Nos. 57-316, 57-911, 57-326, 57-917; to the Court of Appeal, Fourth Circuit, Nos. 2012-CA-0024, 2012-CA-0025, 2012-CA-0026, 2012-CA-0027, 2012-CA-0304, 2012-CA-0305, 2012-CA-0306, 2012-CA-0307, 2012-CA-0308, 2012-CA-0309.
Denied.